# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

CHRISTOPHER RAMIREZ, ALDO
VARGAS,  HUMBERTO HERNANDEZ,
GERARDO ALONSO, EDY LOPEZ,  JOSE
MURILLO,

                         **Plaintiffs,**

-vs-                                                      Case No.  6:08-cv-9-Orl-28KRS

SHOSHONI CONSTRUCTION
SERVICES, INC., MIKE ELLIS,

                         **Defendants.**

_____

## REPORT AND RECOMMENDATION

**TO THE UNITED STATES DISTRICT COURT**

This cause came on for consideration without oral argument on the following motion:

| | |
|---|---|
| **MOTION:** | **MOTION TO WITHDRAW AS COUNSEL (Doc. No. 22)** |
| **FILED:** | **October 17, 2008** |

**THEREON** it is **RECOMMENDED** that the motion be **GRANTED**.

On January 2, 2008, plaintiffs Christopher Ramirez, Aldo Vargas, Humberto Hernandez,

Gerardo Alonso, Edy Lopez, and Jose Murillo filed a complaint against defendants alleging violation

of the Fair Labor Standards Act and breach of employment contract.  Doc. No. 1.  Plaintiffs' counsel

subsequently moved to withdraw due to irreconcilable differences.  Doc. No. 22.

A hearing on the motion to withdraw was set for today.  I ordered each of the plaintiffs to

personally appear before the Court at the hearing.  Plaintiffs were cautioned that failure to attend the

hearing could result in sanctions, including dismissal of the case.  Doc. No. 23.  Plaintiffs' counsel verified that he sent the Order and Notice of Hearing to each of the plaintiffs at their last known address of record.   Doc. No. 24.   Only the notice sent to Gerardo Alonso was returned as undeliverable. *Id.*

At the hearing on the present motion, only Aldo Vargas and Humberto Hernandez appeared. None of the other plaintiffs contacted the Court or their attorney regarding their inability to attend. Both Vargas and Hernandez stated that they were interested in pursuing their claims with different counsel.

Federal Rule of Civil Procedure 16(f) provides, in pertinent part, as follows: "On motion or on its own, the court may issue any just orders, including those authorized by Rule 37(b)(2)(A)(ii)-(vii), if a party . . . (A) fails to appear at a scheduling or other pretrial conference . . . or (C) fails to obey a scheduling or other pretrial order."  Federal Rule of Civil Procedure 37(b)(2)(A)(v) permits the Court to dismiss plaintiffs' action, in whole or in part.

It is undisputed that Christopher Ramirez, Gerardo Alonso, Edy Lopez and Jose Murillo have failed to obey the Court's Order and appear at the hearing.  They were notified of the requirements of the order by their attorneys at their last known address of record.  As these plaintiffs have failed to attend a hearing they were required to attend and have failed to maintain contact with their attorney, I conclude that they have abandoned the litigation.

Accordingly, I respectfully recommend that the Court **GRANT** the Motion for Leave to Withdraw as Counsel.  Doc. No. 22.  I recommend that Aldo Vargas and Humberto Hernandez be allowed to proceed *pro se* until they retain other counsel.  I further recommend that the claims by Christopher Ramirez, Gerardo Alonso, Edy Lopez and Jose Murillo be **DISMISSED without**

**prejudice** for failure to comply with a pretrial order of the Court as required by Federal Rule of Civil Procedure 16(f).

The Clerk is directed to serve this Report and Recommendation upon the plaintiffs at the addresses listed below.

Failure to file written objections to the proposed findings and recommendations contained in this report within ten (10) days from the date of its filing shall bar an aggrieved party from attacking the factual findings on appeal.

Recommended in Orlando, Florida on November 14, 2008.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Presiding District Judge
Counsel of Record
Unrepresented Parties:

Aldo Vargas
209 Silver Star Rd.
Ocoee, FL 34761

Humberto Hernandez
906 Nicole Blvd.
Ocoee, FL 34761

Christopher P. Ramirez
3397 S. Kirkman Rd., Apt. # 1418
Orlando, FL 32811

Jose Murillo
732 Woodlan St.
Winter Garden, FL 34787

Edy Lopez
216 Daniels Point
Winter Garden, FL 34787

Gerardo Alonso
3391 S. Kirkman Rd., Apt. # 1418
Orlando, FL 32811