UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CHRISTOPHER RAMIREZ, ALDO
VARGAS, HUMBERTO HERNANDEZ,
GERARDO ALONSO, EDY LOPEZ,
JOSE MURILLO,

          Plaintiffs,

-vs-                                        Case No. 6:08-cv-9-Orl-28KRS

SHOSHONI CONSTRUCTION
SERVICES, INC., MIKE ELLIS,

          Defendants.
_____

## ORDER

This case is before the Court on the Motion to Withdraw as Counsel (Doc. No. 22) filed October 17, 2008. The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

    1.    That the Report and Recommendation filed November 14, 2008 (Doc. No. 26) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

    2.    The Motion to Withdraw as Counsel by Plaintiffs' counsel (Doc. 22) is **GRANTED**.

3. Plaintiffs Aldo Vargas and Humberto Hernandez are allowed to proceed *pro se* until they retain other counsel.

4. The claims of Plaintiffs Christopher Ramirez, Gerardo Alonso, Edy Lopez and Jose Murillo are **DISMISSED without prejudice** for failure to comply with a pretrial order of the Court as required by Federal Rules of Civil Procedure 16(f).

**DONE** and **ORDERED** in Chambers, Orlando, Florida this 10th day of December, 2008.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party